# Notice Recipients

District/Off: 0971–1  User: admin  Date Created: 02/11/2025
Case: 24–10695  Form ID: ODSC7FI  Total: 33

**Recipients of Notice of Electronic Filing:**
ust  Office of the U.S. Trustee / SR  USTPRegion17.SF.ECF@usdoj.gov
tr  Paul Mansdorf  paul@mansdorftrustee.com
aty  Evan Livingstone  evanmlivingstone@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Carlos Antonio Chinchilla Rodriguez  1365 Southwest Blvd., Apt. D  Rohnert Park, CA 94928
smg  CA Franchise Tax Board  Bankruptcy Group  P.O. Box 2952  Sacramento, CA 95812–2952
smg  CA Employment Development Dept.  Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280–0001
15693871  Bank of America  Attn: Bankruptcy  4909 Savarese Cir  Tampa, FL 33634–2413
15693870  Bank of America  PO Box 982238  El Paso, TX 79998–2238
15693873  Capital One  Attn: Bankruptcy  PO Box 30285  Salt Lake City, UT 84130–0285
15693872  Capital One  PO Box 31293  Salt Lake City, UT 84131–0293
15693874  Cavalry Portfolio Serv  1 American Ln  Greenwich, CT 06831–2560
15693875  Cavalry Portfolio Services  Attn: Bankruptcy  1 American Ln  Ste 220  Greenwich, CT 06831–2563
15693876  Christopher Mandarich  Mandarich Law Group, LLP  PO Box 109032  Chicago, IL 60610
15693877  Citibank  1 American Ln  Greenwich, CT 06831–2560
15693878  Citibank N.A.  120 Corporate Blvd  Norfolk, VA 23502–4952
15693880  Goldman Sachs Bank USA  Attn: Bankruptcy  PO Box 70379  Philadelphia, PA 19176–0379
15693879  Goldman Sachs Bank USA  PO Box 6112  Philadelphia, PA 19115–6112
15693881  Jefferson Capital Syst  200 14th Ave E  Sartell, MN 56377–4500
15693882  Jefferson Capital Systems, LLC  Attn: Bankruptcy  200 14th Ave E  Sartell, MN 56377–4500
15693883  Kaiser Permanente Ncal  355 S Grand Ave  Ste 3200  Los Angeles, CA 90071–1591
15693884  Patenaude & Felix APC  9619 Chesapeake Dr  San Diego, CA 92123
15693885  Paypal Credit  200 14th Ave E  Sartell, MN 56377–4500
15693886  Portfolio Recov Assoc  120 Corporate Blvd  Norfolk, VA 23502–4952
15693887  Portfolio Recovery Associates, LLC  Attn: Bankruptcy  120 Corporate Blvd  Norfolk, VA 23502–4952
15693888  Redwood Credit Union  3033 Cleveland Ave  Santa Rosa, CA 95403–2126
15693889  Sonoma County Sheriff Civil Bureau  2796 Ventura Ave  Santa Rosa, CA 95403
15693891  Synchrony Bank/Jcpenney  Attn: Bankruptcy  PO Box 965060  Orlando, FL 32896–5060
15693890  Synchrony Bank/Jcpenney  PO Box 71729  Philadelphia, PA 19176
15693894  TD Bank USA, N.A.  2035 Limestone Rd  Wilmington, DE 19808
15693893  Target Nb  C/O Financial & Retail Services Mailstop  PO Box 9475  Minneapolis, MN 55440–9475
15693892  Target Nb  PO Box 673  Minneapolis, MN 55440–0673
15693895  Uscb America  355 S Grand Ave  Ste 3200  Los Angeles, CA 90071–1591
15693896  Uscb America  Attn: Bankruptcy  355 S Grand Ave  Fl 32  Los Angeles, CA 90071–1560

TOTAL: 30